```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )         4:06 CR 3101
                                 )
       v.                        )
                                 )
                                 )
KIRT BLAKE,                      )            ORDER
                                 )
                Defendant.       )
```

       IT HEREBY IS ORDERED:

       1.  The clerk shall provide to defense counsel all materialson file relating to the search warrant issued in this matter on December 9, 2004, 4:04MJ3040-RGK.  Such matter shall remain sealed for all other purposes.

       2.  The government shall provide defense counsel with access to all materials seized pursuant to the warrant issued December 9, 2004, under such conditions as will permit defense counsel to properly prepare his defense, to confer with the defendant in private, and to preserve the integrity of the materials seized.


       DATED July 21, 2006


                                    BY THE COURT:


                                    s/ *David L. Piester*
                                    United States Magistrate Judge