IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:06CR3101 |
| KIRT BLAKE, | ) ) ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue the Deadline for Filing Pretrial Motions, filing 17, from August 15, 2006, until August 29, 2006. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than Tuesday, August 29, 2006. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from August 15, 2006, until August 29, 2006, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 15th day of August, 2006.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge