IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                         Plaintiff,         )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>KIRT BLAKE,                                      )<br>                                                              )<br>                         Defendant.     ) | Case No. 4:06CR3101<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's motions to continue the deadline for filing pretrial motions from September 11, 2006, to September 22, 2006, and to continue his trial from September 25, 2006, until a date certain in approximately 60 days, filing 23. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than September 22, 2006. The defendant's trial shall be continued until the 27th day of November, 2006, at 9:00 a.m. The defendant is ordered to appear at the date and time now scheduled for trial.

This Court further finds, based upon the showing set forth in defendant's motion, that the ends of justice will be served by extending the deadline for filing pretrial motions and continuing defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from September 11, 2006, until defendant's new trial date, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

September 12, 2006.                          BY THE COURT:

                                                            _____
                                                            s/ *Richard G. Kopf*
                                                            United States District Judge