IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3101 |
| v. | ) | |
| | ) | |
| KIRT BLAKE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

Trial is continued from November 27, 2006 to **January 8, 2007**, at 9:00 a.m., for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 31st day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge