```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3101 |
| | ) | |
| v. | ) | |
| | ) | |
| KIRT BLAKE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has moved for a continuance of his trial currently set for January 8, 2007 for a period of sixty to ninety days so that he can further investigate, with the assistance of an expert, the computer images he allegedly possessed which form the basis of the indictment against him. Filing 30. Counsel for the government does not oppose the requested continuance. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1. The defendant's trial is set to commence at 9:00 a.m. on April 9, 2007 for a duration of three trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

2. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and April 9, 2007 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 26th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge