IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3101 |
| | ) | |
| V. | ) | |
| | ) | |
| KIRT BLAKE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I have conferred by telephone with counsel for the United States and counsel for Mr. Blake. They suggested and I agreed that stand-by counsel should be appointed to advise Mr. Blake regarding his expressed desire to withdraw his guilty plea. Accordingly,

IT IS ORDERED that:

(1) Clarence Mock is hereby appointed as stand-by counsel to advise Mr. Blake regarding his desire to withdraw his guilty plea.

(2) The Federal Public Defender's office shall provide Mr. Mock with the appropriate CJA voucher.

(3) The previously scheduled hearing for Friday, August 3, 2007, at 1:00 p.m. will be held and Mr. Mock shall attend hearing, along with counsel of record and the defendant.

(4) The Clerk of the Court shall mail a copy of this memorandum and order to the last known address of the defendant and otherwise provide notice to counsel, Mr. Mock, and the Federal Public Defender via CM/ECF.

July 20, 2007.  BY THE COURT:

*S/ Richard G. Kopf*
United States District Judge