UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3101 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| KIRT BLAKE, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 13th day of September, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 26, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following:

    a.    Dell CPU, Dimension 8200, serial number 49D2511

    b.    Intel Web Cam, serial number 0100003596

    c.    Dell keyboard

    d.    Dell Intellimouse, serial number 3892A378

    e.    Black mike with pink connector

    f.    Kieer Monitor, serial number 15NB5155920032349

    g.    Two Jensen speakers F2299

  h.  HP 3520 DeskJet Printer, serial number TH3B6191WH

  i.  Musek 1200 scanner, serial number JI002D01783

  j.  D-Link ADSL Modem, serial number H24H53A00330

  k.  Eight CD-R's

  l.  Four 3.5" floppy disks

  m.  Approximately 50 disks

  n.  Argus Digital Camera

  o.  Spectra Pocket Data bank (green)

  p.  Polaroid DDC640 Digital Camera with black case, serial number NT0304905

  q.  3.5" floppy disk "1790 FLU"

were forfeited to the United States.

  2. On July 19, 26 and August 2, 2007, the Marshals Service published in a newspaper of general circulation notice of this forfeiture and of the intent of its to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on August 31, 2007 (Filing No. 52).

  3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

  4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

  A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the following:

a. Dell CPU, Dimension 8200, serial number 49D2511

b. Intel Web Cam, serial number 0100003596

c. Dell keyboard

d. Dell Intellimouse, serial number 3892A378

e. Black mike with pink connector

f. Kieer Monitor, serial number 15NB5155920032349

g. Two Jensen speakers F2299

h. HP 3520 DeskJet Printer, serial number TH3B6191WH

i. Musek 1200 scanner, serial number JI002D01783

j. D-Link ADSL Modem, serial number H24H53A00330

k. Eight CD-R's

l. Four 3.5" floppy disks

m. Approximately 50 disks

n. Argus Digital Camera

o. Spectra Pocket Data bank (green)

p. Polaroid DDC640 Digital Camera with black case, serial number NT0304905

q. 3.5" floppy disk "1790 FLU"

held by any person or entity, are hereby forever barred and foreclosed.

C.  The following properties:

a. Dell CPU, Dimension 8200, serial number 49D2511

b. Intel Web Cam, serial number 0100003596

    c.       Dell keyboard

    d.       Dell Intellimouse, serial number 3892A378

    e.       Black mike with pink connector

    f.       Kieer Monitor, serial number 15NB5155920032349

    g.       Two Jensen speakers F2299

    h.       HP 3520 DeskJet Printer, serial number TH3B6191WH

    i.       Musek 1200 scanner, serial number JI002D01783

    j.       D-Link ADSL Modem, serial number H24H53A00330

    k.       Eight CD-R's

    l.       Four 3.5" floppy disks

    m.       Approximately 50 disks

    n.       Argus Digital Camera

    o.       Spectra Pocket Data bank (green)

    p.       Polaroid DDC640 Digital Camera with black case, serial number NT0304905

    q.       3.5" floppy disk "1790 FLU"

be, and the same hereby are, forfeited to the United States of America .

    D.  The United States Marshals Service for the District of Nebraska is directed to dispose of said properties in accordance with law.

    DATED this 13th day of September, 2007.

                            BY THE COURT:

                            s/ *RICHARD G. KOPF*
                            United States District Judge